to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and moved to withdraw from further representation of the appellant. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the denial of Goodman's § 3582(c)(2) motion to reduce his sentence is AFFIRMED.

SO ORDERED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny GOODMAN, Defendant–
Appellant.**

**No. 09–13273
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2010.

Johnny Goodman, Atlanta, GA, pro se.

Before TJOFLAT, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Johnny Goodman in his appeal of the district court's denial of his motion